IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DIANA CAMPUZANO, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> *Defendants*. | No. 1:24-cv-01652-LLA |
| MICHAEL GROVER COE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | No. 1:24-cv-02714-LLA |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that the undersigned attorney, Michael Andrew Zee of the United States Department of Justice, Civil Division, Federal Programs Branch, withdraws his appearance as counsel for Defendants in the above-captioned consolidated cases. Anna L. Deffebach of the Department of Justice will continue to represent Defendants in these matters.

Dated: February 12, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General

ANDREW I. WARDEN
Assistant Branch Director

/s/ M. Andrew Zee
M. ANDREW ZEE
Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Tel: (415) 436-6646
Email: m.andrew.zee@usdoj.gov

*Counsel for Defendants*